| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>RASURE, DANA L. | 2. Court or Organization<br><br>U.S. BANKR. COURT, N.D. OF OK | 3. Date of Report<br><br>3/5/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>      magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge-full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>THE FEDERAL BUILDING<br>224 SOUTH BOULDER AVENUE<br>TULSA, OKLAHOMA 74103 |
|---|

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Advisory Director | Summer Leadership Academy |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nat'l Confernece of Bankruptcy Judges | April 7-8, 2014 | Kansas City, MO | Mid-Year Meeting | Transportation, Meals, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 3/5/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 3/5/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch - cash, money accounts | A | Interest | K | T | | | | | |
| 2. Invesco International Mutual Fund | B | Dividend | K | T | | | | | |
| 3. Oppenheimer Global Fund A Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. Oppenheimer Global Fund A Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 5. Mass Mutual Whole Life Ins. (856) | C | Dividend | M | T | | | | | |
| 6. Mass Mutual Whole Life Ins. (90) | D | Dividend | N | T | | | | | |
| 7. Mass Mutual Whole Life Ins. (43) | D | Dividend | N | T | | | | | |
| 8. Royal Dutch Shell - Spons ADR B | B | Dividend | K | T | | | | | |
| 9. Royal DutchShell - Spons ADR A | B | Dividend | K | T | | | | | |
| 10. Fellers Snider Retirement Plan-ML Self Dir. (see lines 11-15 below) | | | | | | | | | |
| 11. ------CMA Account | A | Interest | M | T | | | | | |
| 12. ------American Capital World Growth & Income Fd | A | Dividend | L | T | | | | | |
| 13. ------Amer Wash Mut Inv Fd | C | Dividend | L | T | | | | | |
| 14. ------Amer Investment C of Amer | D | Dividend | L | T | | | | | |
| 15. ------Amer Growth Fd of Amer | D | Dividend | L | T | | | | | |
| 16. MidFirst Accounts (Y) | | | | | | | | | |
| 17. MFS Emerging Growth Mutual Fund, A class shares | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 3/5/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Global Opportunities Fund A | A | Dividend | K | T | | | | | |
| 19. Oppenheimer Real Estate Fund A | A | Dividend | J | T | | | | | |
| 20. Oppenheimer International Fund A | A | Dividend | J | T | | | | | |
| 21. Oppenheimer Developing Markets Fund A | A | Dividend | K | T | | | | | |
| 22. Oppenheimer Intl. Small Co. Fund A | A | Dividend | K | T | | | | | |
| 23. Oppenheimer Global Opportunities Fund A | A | Dividend | K | T | | | | | |
| 24. Oppenheimer Developing Markets Fund A | A | Dividend | K | T | | | | | |
| 25. Oppenheimer Int'l. Small Co. Fund A | A | Dividend | K | T | | | | | |
| 26. Amer Fund Wash Mut Investors Fund | D | Dividend | L | T | | | | | |
| 27. Broken Arrow GO BE 43001 | A | Interest | J | T | | | | | |
| 28. Prosperity Bank (f/k/a F&M Bank) Accounts (cash & equivalents) | E | Interest | P1 | T | | | | | |
| 29. Lincoln Financial Group Life Ins (Y) | | | | | | | | | |
| 30. UBS Fin Serv (cash, money accounts) | A | Interest | J | T | | | | | |
| 31. UBS Fin Serv (cash & equiv) | A | Interest | L | T | | | | | |
| 32. UBS Fin Serv (cash & equiv) | A | Interest | L | T | | | | | |
| 33. UBS FNR 2003-86KT | A | Interest | J | T | | | | | |
| 34. Edward D. Jones & Co. (see lines 35-41 below) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 3/5/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -----Johnson Cnty KS Uni Sch Dist (4.125%) | A | Interest | J | T | | | | | |
| 36. -----Johnson Cnty KS Uni Sch Dist (4.0%) | A | Interest | J | T | | | | | |
| 37. -----Capital Inc. Builder Fund A | A | Dividend | J | T | | | | | |
| 38. -----Davis Fin. Fd. Cl. | A | Dividend | J | T | | | | | |
| 39. -----New Perspective Fd Cl. A | A | Dividend | J | T | | | | | |
| 40. -----Putnam Global Res Fd A | A | Dividend | J | T | | | | | |
| 41. -----Edward Jones Cash Account | | None | J | T | | | | | |
| 42. Invesco Am. Franchise Fd CL A | B | Dividend | K | T | | | | | |
| 43. Oppenheimer Int'l Growth Fund A | A | Dividend | J | T | | | | | |
| 44. Oppenheimer Internat'l Value Fund A | A | Dividend | J | T | | | | | |
| 45. UBS Fin. Serv. FHR 2693 MD | D | Interest | K | T | | | | | |
| 46. Fidelity Trend (X) | C | Dividend | K | T | | | | | |
| 47. DRRB Nebraska, LLC -- Property located in Ord, NE | E | Rent | P1 | U | | | | | |
| 48. BOSC, Inc. Accts. (X) | B | Interest | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 3/5/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On November 12, 2014, the rental farm land listed on line 1 of Part VII of the 2013 Report was transferred to DRRB Nebraska, LLC, a single member LLC (line 47 of Part VII above).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **DANA L. RASURE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544